JOSEPH OHMANN, Appellant, *v.* MORNING JOURNAL ASSOCIATION, Respondent.

*Ohmann* v. *Morning Journal Assn.*, 151 App. Div. 941, affirmed.
(Argued October 27, 1913; decided November 18, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 29, 1912, affirming a judgment for nominal damages in favor of plaintiff entered upon a verdict in an action for libel.

*Gilbert D. Lamb* for appellant.

*Clarence J. Shearn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE and HOGAN, JJ. Not sitting: MILLER, J.